Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Hampton, Argo L | Case Number: 05 B 20919 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/24/09 | Filed: 5/25/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: March 6, 2009
Confirmed: August 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 35,004.94 |  |
| Secured: |  | 19,500.33 |
| Unsecured: |  | 10,991.41 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,100.00 |
| Trustee Fee: |  | 1,884.11 |
| Other Funds: |  | 529.09 |
| Totals: | 35,004.94 | 35,004.94 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,100.00 | 2,100.00 |
| 2. | West Coast Realty Services | Secured | 0.00 | 0.00 |
| 3. | Midland Mortgage Company | Secured | 0.00 | 0.00 |
| 4. | United States Dept of HUD | Secured | 0.00 | 0.00 |
| 5. | West Coast Realty Services | Secured | 14,836.02 | 8,528.16 |
| 6. | Midland Mortgage Company | Secured | 9,904.02 | 9,904.02 |
| 7. | Chrysler Financial Services Americas LLC | Secured | 1,068.15 | 1,068.15 |
| 8. | World Financial Network Nat'l | Unsecured | 255.05 | 255.05 |
| 9. | Cavalry Portfolio Services | Unsecured | 444.89 | 251.75 |
| 10. | Asset Acceptance | Unsecured | 422.86 | 422.86 |
| 11. | Shoppers Charge Accounts | Unsecured | 77.13 | 77.13 |
| 12. | Arrow Financial Services | Unsecured | 239.83 | 239.83 |
| 13. | Arrow Financial Services | Unsecured | 2,564.32 | 2,564.32 |
| 14. | Emerge Mastercard | Unsecured | 2,871.13 | 2,871.13 |
| 15. | Portfolio Recovery Associates | Unsecured | 411.24 | 411.24 |
| 16. | Verizon Wireless | Unsecured | 899.05 | 0.00 |
| 17. | U S Small Business Administration | Unsecured | 7,924.20 | 3,898.10 |
| 18. | Comeford Ltd | Unsecured |  | No Claim Filed |
| 19. | Citibank | Unsecured |  | No Claim Filed |
| 20. | Newport Co | Unsecured |  | No Claim Filed |
| 21. | Rnb Fields3 | Unsecured |  | No Claim Filed |
| 22. | Rnb Fields3 | Unsecured |  | No Claim Filed |
| | | | $ 44,017.89 | $ 32,591.74 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Hampton, Argo L | Case Number: 05 B 20919 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/24/09 | Filed: 5/25/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 57.26 |
| 5.5% | 390.29 |
| 5% | 120.02 |
| 4.8% | 230.38 |
| 5.4% | 516.79 |
| 6.5% | 313.91 |
| 6.6% | 255.46 |
| | $ 1,884.11 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: